UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUSTIN HUNTER, on his own behalf and
all similarly situated individuals,

    Plaintiff,

v.                                             CASE NO: 8:11-cv-1871-T-26AEP

S D CONSTRUCTORS, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case as reflected in the pleadings on file, together with Plaintiff's submissions in connection with his renewed motion for entry of a default judgment against Defendant, it is ordered and adjudged as follows:

1) Plaintiff's Renewed Motion for Entry of Default Final Judgment (Dkt. 20) is granted.

2) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the principal sum of $7,870.00, plus costs in the amount of $468.51, for a total award of $8338.51, which amount shall accrue interest pursuant to 28 U.S.C. § 1961 at the statutory rate until paid in full, for all of which let execution issue forthwith.

3) The Clerk is directed to close this case following entry of judgment.

**DONE AND ORDERED** at Tampa, Florida, on January 6, 2012.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record